UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAM MEYER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF<br>WATER RESOURCES, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-00870 KJM AC PS<br><br><br><br>ORDER |

　　　　Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21).

　　　　Plaintiff has requested a 14-day extension of time to respond to a motion to dismiss from defendant Central Valley Flood Protection Board (ECF No. 13). ECF No. 24. Plaintiff indicates he did not timely receive notice that the motion had been filed. Id. As the response to this motion is only just past due, and because opposition briefing will permit the undersigned to decide the motion on its merits, the undersigned finds that it is in the interest of justice to grant the request.

////

////

////

For good cause shown, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 24) is GRANTED and plaintiff's opposition is due July 7, 2020. If an opposition is not filed by that date, it will be construed as a statement of non-opposition.

DATED: June 22, 2020

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2