UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAM MEYER, | No.  2:20-cv-0870 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES, CENTRAL VALLEY WATER PROTECTION BOARD, et al., | |
| Defendants. | |

Plaintiff proceeds in this action in pro per.  The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On July 9, 2020, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 32.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 33.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.  While the court notes plaintiff's request in his objections that this matter be remanded to the Superior

1

Court, his request for dismissal divested that court of jurisdiction over his action there, and as the magistrate judge observes rendered removal to this court ineffective.

        Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 9, 2020, are adopted in full;
2. Defendants' motion to dismiss, ECF Nos. 10 and 13, are GRANTED;
3. All remaining motions are DENIED as moot; and
4. This case is DISMISSED.  And the clerk of court is directed to close this case.

DATED: October 28, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2